IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CR 20-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RAYMOND CHAPMAN. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Join Codefendant Cashion's Motion to Compel (#162) filed by counsel for Defendant. It appears from the motion that Defendant Chapman wishes to join in and adopt the motion filed by the co-defendant Avery Ted Cashion, III entitled "Motion to Compel Compliance with ESI Protocols" (#153). It appears that good cause has been shown for the granting of the motion and it further appears that the government does not object to the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Join in Codefendant Cashion's Motion to Compel (#162) is hereby **ALLOWED** and the defendant Raymond Chapman is allowed to adopt the motion filed by Defendant Cashion entitled "Motion to Compel Compliance with ESI Protocols" (#153).

Signed: March 22, 2013

_____
Dennis L. Howell
United States Magistrate Judge