# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| RAYMOND M. "RAY" CHAPMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Extend Time to File Objections to Presentence Report [Doc. 323].

For the reasons stated therein, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 323] is **GRANTED**, and Defendant Chapman shall have through and including **October 3, 2014** within which to file objections to the Presentence Report.

**IT IS SO ORDERED.**

Signed: September 8, 2014

Martin Reidinger
United States District Judge