IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW112CR000020-3 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| RAYMOND M. CHAPMAN, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| DEFENSE FINANCE AND ACCOUNTING | ) | |
| SERVICES, | ) | |
| Garnishee. | | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the answer of Defense Finance And Accounting Services, as Garnishee. On June 11, 2015, the Honorable Martin Reidinger sentenced Defendant to 36 months of incarceration for his conviction of Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371. Judgment in the criminal case was filed on June 2, 2015 (Docket No. 397). As part of that Judgment, Defendant was ordered to pay an assessment of $100.00 and restitution of $14,266,256.47 to the victims of the crime. *Id*.

On October 26, 2015, the Court entered a Writ of Continuing Garnishment ("Writ") (Docket No. 448), to Garnishee, Defense Finance And Accounting Services ("Garnishee"). The United States is entitled to a wage garnishment of up to twenty-five percent of net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673. Defendant was served with the Writ on November 18, 2015, and Garnishee was served on November 2, 2015. Garnishee filed an Answer on January 20, 2016 (Docket No. 465), stating that at the time of the service of the Writ, Garnishee

had in their custody, control or possession property or funds owed to Defendant, including non-exempt retirement earnings.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $12,920,891.87 computed through February 9, 2016. Garnishee will pay the United States fifteen (15%) percent of Defendant's net retirement pay earnings which remain after all deductions required by law have been withheld, and Garnishee will continue said payments until the debt to the Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property owed to Defendant or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, NC 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW112CR000020-003.

Signed: February 29, 2016

*Dennis E. Howell*

Dennis L. Howell
United States Magistrate Judge